IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL FOSTER, | : | CIVIL ACTION NO. 2:11-cv-02476 |
| *Plaintiff,* | : | |
| vs. | : | |
| KEYSTONE FREIGHT CORP, | : | |
| *Defendant.* | : | |

## DEFENDANT'S PROPOSED VERDICT SHEET

We, the jury in the above entitled action, return the following answers to the questions of fact presented to us.

### SECTION A

1. Do you find by a preponderance of the evidence that Plaintiff suffered from a disability?   ☐ YES   ☐ NO

   *If your answer to Question No. 1 is "YES," proceed to Question No. 2. If your answer to Question No. 1 is "NO," then you must find for Defendant and proceed to Section No. B.*

2. Do you find by a preponderance of the evidence that Plaintiff's disability was the sole motivating factor in the decision to terminate Plaintiff's employment?

   ☐ YES ☐ NO

   *If your answer to Question No. 2 is "YES," proceed to Question No. 3. If your answer to Question No. 2 is "NO," then you must find for Defendant and proceed to Section B.*

3. What amount of money will compensate Plaintiff for damages, if any, caused by Defendant's disability discrimination against Plaintiff? In answering this question, you must subtract from any lost wages and/or benefits any earnings or benefits Plaintiff has obtained, or

could have obtained had he exercised reasonable diligence following his termination from Defendant.

        a.      Lost wages                      $_____

        b.      Lost benefits                    $_____

## SECTION B

The Foreperson should sign and date the verdict slip below and the jury should return to the Courtroom.


_____                    _____
Foreperson                                                                  Date

4833-3256-2193, v. 1